# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Herbert Bryant III, et al.

                                                    Plaintiff,

v.                                                                                       Case No.: 1:22−cv−00906
                                                                                                   Honorable Jeremy C. Daniel

All Ways Auto Transport LLC, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Telephone motion hearing held. Pursuant to the Stipulation of Dismissal [103], this case is dismissed with prejudice and without costs to either party. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.